**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 506 MAL 2017
                                            :
              Respondent            :
                                            :   Petition for Allowance of Appeal from
                                            :   the Order of the Superior Court
              v.                       :
                                            :
                                            :
EDWARD GORDON,                     :
                                          :
              Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.